UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALI MUSAID MUTHANA,

    Plaintiff,

-v-                                      Case No. 2:13-CV14471
                                            Hon. Marianne O. Battani

HEIDI WASHINGTON,

    Defendant.
_____/

**ORDER AWARDING FEES AND COSTS**

Plaintiff filed a motion for attorney's fees and costs, R.53. Defendant's counsel has agreed to an entry of an order as to the fees and costs. Based on the stipulation of Defendant's counsel, this Court ORDER that Plaintiff's counsel be awarded the sum of $24,750 in attorney's fees and $1,342.96 in costs, for a total of $26,092.92, that is awarded against Defendant Lance Sumeral.

DATE: 6/19/18

                                            Marianne O. Battani
                                            United States District Judge